UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                Case No. 13-40134-BKC-LMI

ISAAC KODSI,                                                    Involuntary Chapter 7

       Alleged Debtor.
_____/

**ALLEGED DEBTOR'S CONSENT TO THE ENTRY OF**
**AN ORDER FOR RELIEF UNDER CHAPTER 7**

Alleged Debtor, Isaac Kodsi ("Kodsi"), by and through undersigned counsel, pursuant to Fed. R. Bank. P. 1013, hereby consents to the entry of an Order for Relief under Chapter 7 of the United States Bankruptcy Code and further respectfully requests that the Clerk of Court cancel the evidentiary hearing on Kodsi's prior contest to the above-captioned involuntary bankruptcy proceeding, scheduled for April 3, 2014 at 9:30 a.m.

Dated:  March 26, 2014.                         LEIDERMAN SHELOMITH, P.A.
                                                                 Attorneys for Kodsi
                                                                 2699 Stirling Road, Suite C401
                                                                 Ft. Lauderdale, Florida 33312
                                                                 Telephone: (954) 920-5355
                                                                 Facsimile: (954) 920-5371

                                                                 By:_____/s/_____
                                                                    ZACH B. SHELOMITH
                                                                    Florida Bar No. 0122548
                                                                    zshelomith@lslawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on March 26, 2014 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

                                                                  By:_____/s/_____
                                                                    Zach B. Shelomith