UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ISAAC KODSI,

Case No. 13-40134-LMI
Chapter 7

Debtor(s).
_____/

**TRUSTEE'S *EX PARTE* APPLICATION TO EMPLOY DANIEL N. GONZALEZ, ESQUIRE AND MELAND RUSSIN & BUDWICK, P.A. AS TRUSTEE'S COUNSEL**

Barry E. Mukamal, the Chapter 7 Trustee (the ***"Trustee"***) for the bankruptcy estate of ISAAC KODSI (the ***"Debtor"***), respectfully requests an *Ex-Parte* Order of the Court, authorizing the employment of Daniel N. Gonzalez, Esq., and the law firm of Meland Russin & Budwick, P.A. (***"MRB"***), to represent him in this case, and states:

1. On December 20, 2013, this case was commenced by the filing of an involuntary petition for relief under the Bankruptcy Code by petitioning creditors: LAE NYY, LLC; Russel Pergament, and First Southern Bank.  Subsequently, the Trustee was duly appointed Chapter 7 trustee.

2. The Trustee desires to employ Daniel N. Gonzalez, Esq. and MRB as his attorney in this case.

3. The Trustee believes that the attorney is qualified to practice in this Court and is qualified to advise the Trustee on its relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services the attorney will render are summarized as follows:

   a) To assist the Trustee in the swift, economic administration of the estate for the benefit of all creditors and interested parties;

        b)      To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case; and

        c)      To protect the interest of the Trustee and the estate in all matters pending before the Court.

5.      To the best of the Trustee's knowledge, neither Daniel N. Gonzalez nor MRB have any connection with the creditors or other parties in interest (or their respective attorneys) with respect to the Debtor, but the Firm does represent the Trustee in unrelated matters before this Court.

6.      Attached to this motion as **Exhibit A** is the proposed attorney's affidavit demonstrating that as of the filing of this application Daniel N. Gonzalez and the law firm of MRB are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.  However, and because as of the date of the filing of this application the Debtor has not yet filed completed schedules, MRB will continue to perform conflict checks after the Debtor's completed schedules are filed and will amend its affidavit of disinterestedness and disclosures if necessary.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**WHEREFORE**, the Trustee respectfully requests an *Ex Parte* Order, in the form attached hereto as **Exhibit B**, authorizing the retention of Daniel N. Gonzalez and the law firm of Meland Russin & Budwick, P.A., on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 11, 2014, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing upon Registered Users set forth on the attached list on Exhibit 1, and via U.S. Mail upon the parties listed on the service list attached as Exhibit 2.

                                                            By:    s/ Barry E. Mukamal
                                                                       Barry E. Mukamal
                                                                       Chapter 7 Trustee

*Efiled with consent by:*    s/ Daniel N. Gonzalez
                                                   Daniel N. Gonzalez, Esquire
                                                   Florida Bar No. 592749
                                                 dgonzalez@melandrussin.com
                                                 MELAND RUSSIN & BUDWICK, P.A.
                                                 3200 Southeast Financial Center
                                                 200 South Biscayne Boulevard
                                                 Miami, Florida  33131
                                                 Telephone: (305) 358-6363
                                                 Telecopy: (305) 358-1221
                                                 *Proposed    Attorneys    for    Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ISAAC KODSI,

Case No. 13-40134-LMI
Chapter 7

Debtor(s).
_____/

### AFFIDAVIT OF DANIEL N. GONZALEZ

STATE OF FLORIDA            )
                            ) ss:
COUNTY OF MIAMI-DADE        )

Daniel N. Gonzalez, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Courts for the Southern and Middle Districts of Florida.

2. I am a partner with the law firm of Meland Russin & Budwick, P.A. (the **"Firm"**) with offices located at 3200 Southeast Financial Center, 200 S. Biscayne Boulevard, Miami, Florida 33131.

3. Neither I nor the Firm represent any interest adverse to the Trustee, the Debtor or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a). However, the Firm represents the Trustee in unrelated matters before this Court.

4. Because the Debtor has not yet filed completed schedules as of the date of the filing of this affidavit, MRB will continue to perform conflict checks after the Debtor's completed schedules are filed and will amend this affidavit if necessary.

1

EXHIBIT A

5.      Except for the continuing representation of the Chapter 7 Trustee, neither I nor the Firm has or will represent any other entity in connection with this case, and neither I nor the Firm will accept any fee from any other party or parties in this case in connection with the Firm's work in the instant case.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DANIEL N. GONZALEZ

Sworn to and Subscribed before me
April 11, 2014:

_____
Notary Public, State of Florida
My Commission Expires:



2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ISAAC KODSI,

Case No. 13-40134-LMI
Chapter 7

Debtor(s).
_____/

**ORDER GRANTING TRUSTEE'S *EX PARTE* APPLICATION TO EMPLOY DANIEL N. GONZALEZ, ESQUIRE AND MELAND RUSSIN & BUDWICK, P.A. AS TRUSTEE'S COUNSEL**

THIS CAUSE came before the Court upon the *Ex Parte* Application of Barry E. Mukamal, Chapter 7 Trustee (the ***"Trustee"***), for authority to retain an attorney, and upon the affidavit of Daniel N. Gonzalez, Esq. and the law firm of Meland Russin & Budwick, P.A. Upon the representations that Daniel N. Gonzalez is duly qualified under Local Rule 2090-1(A) to practice in this court, that Meland Russin & Budwick, P.A., holds no interest adverse to the estate in the matters upon which they are engaged, that Daniel N. Gonzalez and Meland Russin & Budwick, P.A. are disinterested persons as required by 11 U.S.C. § 327(a), and have disclose

EXHIBIT B

any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estate, it is

**ORDERED** that:

1. The Application is **GRANTED**.

2. Daniel N. Gonzalez, Esq., and Meland Russin & Budwick, P.A., are disinterested persons as required by 11 U.S.C. § 327(a).

3. The Trustee is authorized to retain Daniel N. Gonzalez, Esquire and the law firm of Meland Russin & Budwick, P.A., on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

###

**Submitted By:**
Daniel N. Gonzalez, Esquire
Fla. Bar No: 0592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Counsel for Trustee, Barry Mukamal*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 358-6363
Telefax:          (305) 358-1221

**Copies Furnished To:**
Daniel N. Gonzalez, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Nathan G Mancuso     ngm@mancuso-law.com
Barry E Mukamal     bankruptcy@marcumllp.com, FL64@ecfcbis.com
Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
Zach B Shelomith     zshelomith@lslawfirm.net, apopowitz@lslawfirm.net;cderby@lslawfirm.net

EXHIBIT 1

First Southern Bank
c/o Stephen St John
900 Federal Hwy #300
Boca Raton, FL 33432-2753

2010-1 RADC/CADC Venture, LLC
c/o National Registered Agents, Inc.
300 W Calrendon Ave #230
Phoenix, AZ 85013-3479

Bentley Financial Services
POB 17497
Baltimore, MD 21297-1497

Chase Mortgage
POB 78420
Phoenix, AZ 85062-8420

First Citizens Bank & Trust Company
4300 Six Forks Rd FCC22
Raleigh, NC 27609-5718

Francis and Mary Mansour
130 Starr St
Leominster, MA 01453-1644

Gotham Financial Corporation
c/o Peter Jiminez
441 Tropicana Ave
Fort Lauderdale, FL 33330

Internal Revenue Service
POB 7317
Philadelphia, PA 19101-7317

John D. Cavo Recovable Trust
c/o Daniel R. Vega, Esq.
Taylor & Vega, PA
2555 Ponce de Leon Blvd #200
Miami, FL 33134-6014

K & B Capital
40 SE 5 St #502
Boca Raton, FL 33432-6003

LAE NYY, LLC
c/o Eric Newman
300 Meadowrue Ln
East Northport, NY 11731

Arthur Faber
2283 S Cypress Bend #407
Pompano Beach, FL 33069

Bernice Harray
POB 2003
Stockton, CA 95201-2003

Daniel Frank
1318 Country Rd #404
Killen, AL 35645-6038

First Citizens Bank & Trust Company
c/o Moneyede M. Martin, Esq.
200 S Biscayne Blvd #4900
Miami, FL 33131-2346

Frank Perrone
c/o Jeffrey Victor Nelson, Esq.
Vezina, Lawrence & Piscitelli, P.A.
300 SW 1 Ave #150
Fort Lauderdale, FL 33301-1880

Hillcrest Bank
11111 W 95 St
Overland Park, KS 66214-1800

Jak Giveon
22580 Lanyard St
Canal Point, FL 33438

John Gregory
888 W Cypress Creek Rd 2nd Floor
Fort Lauderdale, FL 33309-2010

KENNETH S. SANDLER, ESQ.
2924 DAVIE RD STE 102
DAVIE FL  33314-1615
USPS change

2010-1 RADC/CADC Venture, LLC
MREC Funding, LLC
4200 W 115 St #100
Leawood, KS 66211-2729

BB&T
c/o Item Processing Center
POB 580057
Charlotte, NC 28258-0057

Broad and Cassel, P.A.
c/o Gary E. Lehman, P.A.
1 Biscayne Tower 21 Fl
2 S Biscayne Blvd
Miami, FL 33131-1806

David Marshall
1440 Arlington Pl
Miami, FL 33125

First Southern Bank
900 N Federal Hwy #300
Boca Raton, FL 33432-2753

Gem Resources, LLC
c/o Brenda Cox, Esq.
2499 Glades Rd #110
Boca Raton, FL 33431-7260

Integrity Bank, N.A.
c/o Andrew Fulton, IV, Esq.
1665 Palm Beach Lakes Blvd #1000
West Palm Beach, FL 33401-2109

Jason Brady
2900 SW 57 Ct
Fort Lauderdale, FL 33312-6416

Joyce Dolin, Trustee
281 S Hollybrook Dr #304
Hollywood, FL 33025-1253

LAE NYY, LLC
300 Meadowrue Ln
East Northport, NY 11731

EXHIBIT 2

Lease Florida Sunset Harbor, LLC
6001 NW 153 St
Hialeah, FL 33014-2419

Lipscomb Brady & Eisenberg
c/o Deborah Baker, Esq.
2 S Biscayne Blvd #3800
Miami, FL 33131-1809

Martin Frank
7247 Via Palomar
Boca Raton, FL 33433-5923

Martin, Shirley & Paul Gottfried
10891 SW 90 Terr
Ocala, FL 34481-9744

Mary M. Mansour
43 Riverview Ave
Deep River, CT 06417-2029

Miami-Dade County DERM Services
111 NW 1 St
Miami, FL 33128-1902

Miami-Dade County Tax Collector
140 W Flagler St #14
Miami, FL 33130-1521

Mitchell Silver
2648 Wilson St
Hollywood, FL 33020-1953

Northern Trust Bank
50 S LaSalle St
Chicago, IL 60603-1003

Northern Trust Company
c/o Melissa Alagna, Esq.
701 Brickell Ave #1900
Miami, FL 33131-2832

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Tax Collector
POB 3353
West Palm Beach, FL 33402-3353

Pedro Jiminez, Sr.
9581 SW 3 St
Hollywood, FL 33025-4621

RADC/CADC Venture 2012-2, LLC
c/o Robert F. Cooke, Esq.
9245 SW 158 Ln 2nd Fl
Miami, FL 33157-1804

Rubin & Bickman, PLLC
c/o Neil Rubin, Esq.
1130 Washington Ave 4th Fl
Miami Beach, FL 33139-4633

Russell Pergament
37 Holly Rd
Waban, MA 02468-1411

Schecter Law, P.A.
c/o Mark S. Schecter, Esq.
100 NE 3 Ave #601
Fort Lauderdale, FL 33301-1165

Segal Gordich, PA
c/o Lawrence Alan Gordich, Esq.
801 Brickell Ave #900
Miami, FL 33131-2979

Sidney and Ethel Stromberg
281 S Hollybrook Dr
Building 50 #50
Hollywood, FL 33025-1288

State of Florida Department of
Revenue
1401 W US Hwy 90 #100
Lake City, FL 32055-6123

Sterling Trust Company
c/o Paula Levy
7901 Fish Pond Rd
Waco, TX 76710-1096

Steve L. Glerum, Esq.
600 SW 4 Ave #101
Fort Lauderdale, FL 33315-1012

Susan Giveon
22580 Lanyard St
Canal Point, FL 33438

Susan Giveon
c/o Max M. Nelson, Esq.
1200 Brickell Ave #1400
Miami, FL 33131-3214

Vezina, Lawrence & Piscitelli, PA
300 SW 1 St #150
Fort Lauderdale, FL 33301-1880

WNF Law, PL
c/o Steve L. Waserstein, Esq.
201 S Biscayne Blvd 34th Fl
Miami, FL 33131-4325

Barry E Mukamal
1 SE 3 Ave Box 158 10th Floor
Miami, FL 33131-1714

Isaac Kodsi
4412 North Bay Road
Miami Beach, FL 33140-2857

Russel Pergament
37 Holly Rd
Waban, MA 02468-1411

Zach B Shelomith
2699 Stirling Rd # C401
Ft Lauderdale, FL 33312-6598