UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                          Case No. 13-40134-LMI

ISAAC KODSI,                         Chapter 7

      Debtor(s).
_____/

## NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*
**(Documents May Be Produced In Lieu of Appearance[1])**

      Barry E. Mukamal, the Chapter 7 Trustee (the *"Trustee"*) for the bankruptcy estate of **ISAAC KODSI** (the *"Debtor"*), by and through undersigned counsel, will examine **ISAAC KODSI**, under oath on **Monday, May 26, 2014 at 10:00 a.m.** at Meland Russin & Budwick, P.A., 200 S. Biscayne Blvd., Suite 3200, Miami, FL 33131. The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

      The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1. The scope of the examination shall be as described in Bankruptcy Rule 2004.

      Pursuant to Local Rule 2004-1 no order shall be necessary. [If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.]

      **X** Production: [The examinee or your representatives, must also bring with you to the examination the documents, electronically stored information, or objects described on the attached **Exhibit A** (or if the examination is of a witness other than the debtor, on the attached subpoena), and must permit inspection, copying, testing, or sampling of the materials.]

      [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

---

[1] The Trustee expressly reserves the right to continue (or reschedule) the examination after review of the documents provided in lieu of appearance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 12, 2014, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing upon Registered Users set forth on the attached list on <u>Exhibit 1</u>.

s/ Daniel N. Gonzalez
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee*

# **EXHIBIT A**

## **DEFINITIONS**

All references to any Person (as defined below) includes his/her/its employees, agents, servants, subsidiaries, parent company, affiliated company and any other Person or entity or Representative (as defined below) acting or purporting to act on behalf or under his/her/its control.

1. "Agreement" shall mean all agreements, contracts, undertakings or other arrangements, whether oral, written, nonfinal, enforceable, superseded or modified by subsequent agreements

2. "Communication" or "Communications" means any conveyance or receipt of information whether by letter, memo, or other writing, or whether orally, or in person, or by telephone, and includes, without limitation, all inquiries, discussions, negotiations, agreements, meetings, telephone conversations, recordings, letters, correspondence, notes, telegrams, telexes, e-mails and facsimiles.

3. "Document" or "Documents" means, by way of illustration only and not by way of limitation, any written or graphic matter of any kind and description, whether printed or reproduced by any process, or written and/or produced by hand, whether final or draft, original or reproduction, whether or not claimed to be privileged or otherwise excludable from discovery, in Your actual or constructive possession, custody, or control, including without limitation: letters; correspondence; communications; electronic mail; memoranda; notes; transcripts; files; contracts; agreements; licenses; memoranda of telephone or personal conversations; microfilm; microfiche; log; telegrams; transmissions; statements; notices; trade letters; reports; transcripts or oral statements of testimony; computer-generated programs and printouts; magnetic or

nonmagnetic recordation discs; computer files, programs, and directories; opinions or reports of consultants; forecasts; court papers; notes; work papers; and any and all other data, compilations, or information resources from which information can be obtained, translated, or downloaded, if necessary, through detection devices into written, graphic form.

  4.  "Evidencing" means having a tendency to show, prove or disprove.

  5.  "Debtor" shall mean Isaac Kodsi.

  6.  "Related to," in any tense or for any derivation thereof, means tending to be association with either in logic or reason, should be interpreted as broadly as possible, and includes but is not limited to (in any tense or derivation) pertaining, referencing, regarding, concerning, describing, mentioning, constituting, concerning, supporting, corroborating, demonstrating, proving, evidencing, showing, refuting, disputing, rebutting, controverts or contradicts.

  7.  "Representative" means any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of the person in question.

  8.  "You" or "Your" refers to Isaac Kodsi, his agents, employees, representatives and attorneys, to the fullest extent the context permits and with the broadest, reasonable interpretation.

  9.  "Person" shall mean any type of person or entity, and shall have the broadest, reasonable interpretation; this term includes, but is not limited to: (1) any individual or group of individuals (whether a formal group or not); (2) any type of entity, whether a business entity (corporation, limited liability company, etc.) or not, whether a legal fiction or not, whether presently in existence or not; and (3) any State or Federal government or governmental entity,

including but not limited to any regulatory or administrative agency, including but not limited to any agent, representative, attorney, subdivision, employee of each. Subpart (3) shall include, but not be limited to, the United States Department of Justice, the Office of the United States Attorney, the Internal Revenue Service, the Federal Bureau of Investigation, United States Postal Service, United States Postal Inspection Service, or any other affiliated, similar or similarly situated person or entity, and any agents and representatives of each.

## **INSTRUCTIONS**

a. When producing the documents, please keep all documents segregated by the file in which the documents are contained and indicate the name of the file in which the documents are contained and the name of the documents being produced.

b. When producing the required documents, please produce all other documents that are clipped, stapled or otherwise attached to any requested document.

c. In the event such file(s) or document(s) has (have) been removed, either for the purpose of this action or for some other purpose, please state the name and address of the person who removed the file, the title of the file and each subfile, if any, maintained within the file, and the present location of the file.

d. If any document to be produced has been destroyed or is otherwise incapable of production, state: (a) the date, place and means of the destruction; (b) the name and address of each person deciding upon, participating in and having knowledge of the destruction; (c) the reason for the destruction; and (d) if not destroyed, the reason why the document is incapable of production.

e.  This subpoena does not seek production of attorney-client privileged documents, or documents subject to the attorney-work-product privilege. However, a privilege log should be created and provided as to any documents for which there is a claim of privilege.

f.  Unless another time period is specified, this Request is limited to the time period from January 1, 2009 and ending on the date of compliance with this Request.

# DOCUMENT REQUESTS

1. Copies of personal income tax returns filed for 2010, 2011, 2012, and 2013.

2. Payoff for the 2008 Bentley Continental GTC Coupe listed on Your schedule B.

3. Copies of all bank account statements for any accounts for which you currently have and have had signatory authority from January 1, 2009 through today, as well as all cancelled checks. This includes any and all joint marital accounts.

4. Copies of all bank account statements from January 1, 2009 through today, as well as all canceled checks, for the following companies:

    a. K.I.T. Financial Services, Inc. d/b/a Ark Financial Group;
    b. 8100 Bais Chaya, Inc.;
    c. Estancia Palm Springs, LLC;
    d. Ark Development/Oceanview, LLC;
    e. Royal Palm Miami Downtown, LLC;
    f. IMG Investment LLC;
    g. Ark Equity Group, Inc.;
    h. Kodsi Law Firm, P.A.;
    i. Florida Land Financial Corp.;
    j. ALS Management Solutions, LLC;
    k. Terra Title Corporation;
    l. Ark Loan Solutions, LLC;
    m. Royal Palm Companies, LLC;
    n. Terra World Investments, LLC;
    o. Cypress Bay Development, LLC;
    p. Walking Tree, LLC;
    q. Ark Development/Southland, LLC;
    r. Ark Development/Oakland Park, LLC;
    s. Ark Capital Group, LLC;
    t. Back Bay Isle, LLC;
    u. Royal Palm Developers, Inc.;
    v. Paramount Beach Holdings, Inc.;
    w. 6530 SE South Marina Way, LLC;
    x. HCR 0011 LLC; and
    y. Ark Development-Desoto, LLC.

5.  Copies of the books and record (i.e. articles of incorporation, stock certificates, tax returns, etc.), for the following companies:

    - K.I.T. Financial Services, Inc. d/b/a Ark Financial Group;
    - 8100 Bais Chaya, Inc.;
    - Estancia Palm Springs, LLC;
    - Ark Development/Oceanview, LLC;
    - Royal Palm Miami Downtown, LLC;
    - IMG Investment LLC;
    - Ark Equity Group, Inc.;
    - Kodsi Law Firm, P.A.;
    - Florida Land Financial Corp.;
    - ALS Management Solutions, LLC;
    - Terra Title Corporation;
    - Ark Loan Solutions, LLC;
    - Royal Palm Companies, LLC;
    - Terra World Investments, LLC;
    - Cypress Bay Development, LLC;
    - Walking Tree, LLC;
    - Ark Development/Southland, LLC;
    - Ark Development/Oakland Park, LLC;
    - Ark Capital Group, LLC;
    - Back Bay Isle, LLC;
    - Royal Palm Developers, Inc.;
    - Paramount Beach Holdings, Inc.;
    - 6530 SE South Marina Way, LLC;
    - HCR 0011 LLC; and
    - Ark Development-Desoto, LLC.

6.  Copies of all marital agreements, including any agreements entered into with your spouse.

7.  Copies of any appraisals related to any parcels of real property you own or owned (within the last four years), either personally, jointly, or through a corporation.

8.  A copy of the complaint, answer, and counterclaim filed in that certain lawsuit styled SPN Holdings, Ltd., v. Isaac Kodsi, et al., Case No. 13-37643-CA-08.

9.  A copy of the complaint, answer, and judgment (if any) in that certain lawsuit styled Lee Johnson, et al. v. Villa Francine, LLC, et al., Case No. 09-36691 CA 32.

10. A copy of the complaint, answer, and judgment (if any) in that certain lawsuit styled Compass Bank v. Cypress Bay Development, LLC, et al., Case No. 08-33931 CA 04

11. A copy of the complaint, answer, and judgment (if any) in that certain lawsuit styled LAE NYY, LLC v. Isaac Kodsi, et al., Case No. 09-58959 CA 23.

12. A copy of the complaint, answer, and judgment (if any) in that certain lawsuit styled John D. Cavo Revocable Trust v. Isaac Kodsi, et al., Case No. 13-37643 CA 08.

13. A copy of the complaint, answer, and judgment (if any) in that certain lawsuit styled Jason Brady v. Isaac Kodsi, et al., Case No. 11-21626 CACE 09.

14. A copy of the complaint, answer, and judgment (if any) in that certain lawsuit styled RADC/CADC Venture 2010-2, LLC v. Isaac Kodsi, et al., Case No. 12-07677 CACE 08.

15. A copy of the complaint, answer, and judgment (if any) in that certain lawsuit styled 2010-1 RADC/CADC Venture, LLC v. Isaac Kodsi, et al., Case No. 09-1181 CA.

16. A copy of the complaint, answer, and judgment (if any) in that certain lawsuit styled The Northern Trust Company v. Ark Development/Oceanview, LLC et al., Case No. 11-29174 CACE 02.

17. A copy of all pleadings filed in the Federal Income Tax Appeal styled Isaac Kodsi and Tera Menendez v. Commissioner of Internal Revenue Service, Case No. 27713-13.

18. A copy of all documents relating to the Northwestern Mutual Life Insurance Company Variable CompLife insurance policy ending in 1395, including all statements.

19. A copy of all documents relating to the Northwestern Mutual Life Insurance Company Level 10 life insurance policy ending in 4241, including all statements.

20. A copy of all documents relating to the Merrill Lynch 529 College Savings Plan Acct. # 5270, including all statements.

21. A copy of all documents relating to the Merrill Lynch 529 College Savings Plan Acct. # 5272, including all statements.

22. A copy of all documents relating to the Merrill Lynch Wealth Management IRA account ending in 1S32, including all statements.

23. A copy of the deed, mortgage, and most recent mortgage statement for the property located at 501 Talia Cir. # 501, Palm Springs, Florida 33461.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

24. Copies of all credit card statements for which you currently have and/or have had signatory authority from January 1, 2009 through the Petition Date.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Becket and Lee LLP    notices@becket-lee.com
Robert P Frankel    robert@frankelpa.com
Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
Nathan G Mancuso    ngm@mancuso-law.com
Barry E Mukamal    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
 Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Zach B Shelomith    zshelomith@lslawfirm.net, jleiderman@lslawfirm.net;apopowitz@lslawfirm.net;cderby@lslawfirm.

**EXHIBIT 1**