UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 13-40134-LMI
                                                                Chapter 7
ISAAC KODSI

    Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that MARC P. BARMAT, ESQUIRE, and the law firm of FURR AND COHEN, P.A., appear as counsel for Joseph Kodsi, Daniel Kodsi, Amy Kodsi, The BK Family Trust, and The Joe Kodsi Family Trust. Request is made that all notices given or required to be served in this case be given to and served upon the undersigned at the address provided.

I HEREBY CERTIFY that a copy of the foregoing has been furnished via ECF to the parties listed below on this 1st day of July, 2014.

                                          FURR AND COHEN, P.A.
                                        *Attorney for Joseph Kodsi, Daniel Kodsi,*
                                        *Amy Kodsi, The BK Family Trust, and The*
                                        *Joe Kodsi Family Trust*
                                        2255 Glades Road, Suite 337W
                                        Boca Raton, FL 33431
                                        (561) 395-0500/(561)338-7532-fax

                                        By /s/ Marc P. Barmat
                                          MARC P. BARMAT, ESQ.
                                          Florida Bar No. 0022365
                                          Email mbarmat@furrcohen.com

SERVED VIA ECF AND/OR U.S. MAIL:

- Becket and Lee LLP notices@becket-lee.com
- Robert P Frankel robert@frankelpa.com

- Daniel N Gonzalez dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Nathan G Mancuso ngm@mancuso-law.com
- Barry E Mukamal bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Ariel Rodriguez ariel.rodriguez@usdoj.gov
- Robert A. Schatzman robert.schatzman@gray-robinson.com, lauren.rome@gray-robinson.com;lisa.negron@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Zach B Shelomith zshelomith@lslawfirm.net, jleiderman@lslawfirm.net;dverde@lslawfirm.net
- Rhett Traband rtraband@broadandcassel.com, yportanova@broadandcassel.com

Marc B Cohen
250 S. Australian Ave #700
West Palm Beach, FL 33401

Francis Fedele
4980 SW 52 St #108
Davie, FL 33314

Robin Williams
Moecker Auctions, Inc
3613 N 29 Ave
Hollywood, FL 33020