

ORDERED in the Southern District of Florida on January 14, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CHAPTER: 7
CASE NO.: 13-40134-LMI

In Re:
ISAAC KODSI,
    Debtor.
_____/

## ORDER GRANTING DEBTOR'S SPOUSE, TERA KODSI'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO TRUSTEE'S RESPONSE TO TERA KODSI'S MOTION TO VACATE ORDER PURSUANT TO FED. R. CIV. P. 60 [DE 404] [DE 405]

THIS CAUSE came on before the court upon Debtor's Spouse TERA KODSI's ("TERA") Unopposed Motion for Leave to File Reply to Trustee's Response to Tera Kodsi's Motion to Vacate Order Pursuant to Fed.R.Civ.P. 60 [DE 404] [De 405] (the "Motion for Leave"), and the Court having considered the Motion, and being otherwise advised in the premises, does hereby

ORDER AND ADJUDGE that the Motion for Leave is hereby granted. Tera Kodsi's Reply to Trustee's Response to Tera Kodsi's Motion to Vacate Order attached to the Motion for Leave as Exhibit "A" is considered filed on January 9, 2015.

###

**Submitted By:**
Howard D. DuBosar, Esquire
Fla. Bar No. 57227
DuBosar Navon, PLLC
1800 North Military Trail
Suite 470
Boca Raton, FL 33431
Telephone 561-544-8980
E-Mail RSheres@dubosarnavon.com

**Copies Furnished To:**
Howard D. DuBosar, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.